**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Eric Lawrence and Erica Lawrence ,         Debtor(s) | )<br>)<br>)<br>)<br>) Case No. 11–11156–1–rel<br>)<br>)<br>) |
| Social Security No(s).: xxx–xx–2287xxx–xx–8022 and all Employer's Tax Identification No(s). *[if any]* | ) Chapter 13<br>)<br>)<br>)<br>) |

**CLERK'S NOTICE OF DEFICIENT DOCUMENT FILED**

The Clerk has received and filed your document(s) numbered 74 with respect to the above case/adversary. The Court cannot further process your document as filed due to:

☑ *Problem/Error:*

**The Debtor(s) name in the caption on the PDF does not match the debtor(s) name on the case or
proceeding in which it was entered.**

*To resolve the deficiency, you must complete the following action by 5/28/2015 :*

☑ *Corrected Action Needed:*

**If filed on the correct case, but wrong PDF attached, Send a corrected PDF to:**

**Darcy_Davis@nynb.uscourts.gov**

Failure to resolve the deficiency(s) by the above deadline may result in the Court not processing your pleadings, not granting the relief requested, and/or taking other Court action as appropriate.

In the event that you have provided notice to parties, it is your responsibility to advise parties of any changes or corrections.

Date: 5/26/15                                            KIM F. LEFEBVRE
                                                                 Clerk of the Bankruptcy Court

                                                                 By:  Dina M. McDonald
                                                                     (518) 257–1611
                                                                     Deputy Clerk's Name and Telephone Number